# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| THE TOWN OF PINE HILL, ALABAMA, <br> Plaintiff, <br><br> v. <br><br> 3M COMPANY, *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:24-00284-KD-N <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 81) dated February 14, 2025—made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)—is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiff's "Motion to Remand" filed August 20, 2024 (Doc. 18), is **GRANTED**, and that this civil action be **REMANDED** to the Circuit Court of Wilcox County, Alabama, under 28 U.S.C. § 1447(c) for lack of subject-matter jurisdiction, with no costs or expenses awarded.

Judgment consistent with this order shall hereafter be set out by separate document, in accordance with Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the **6th** day of **March** 2025.

/s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1