**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| THE TOWN OF PINE HILL, ALABAMA, <br>     Plaintiff, <br><br> v. <br><br> 3M COMPANY, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 2:24-00284-KD-N <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the order entered on this date adopting the recommendation of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that this civil action is **REMANDED** to the state court from which it was removed.

**DONE** this the **6th** day of **March** 2025.

                                               /s/Kristi K. DuBose
                                               **KRISTI K. DuBOSE**
                                               **UNITED STATES DISTRICT JUDGE**