**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **THE TOWN OF PINE HILL, ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 2:24-00284-KD-N** |
| | ) | |
| **3M COMPANY, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This action is before the Court on reversal and remand from the Court of Appeals for the Eleventh Circuit (doc. 108; doc. 110, mandate). The Court of Appeals found "that the district erred in its review of 3M's removal allegations" and that the district court "should have credited 3M's theory of the case, and if it had done so, it would have found that 3M sufficiently alleged facts supporting jurisdiction under the federal officer removal statute." (doc. 108, p. 2). The Court of appeals vacated this Court's order remanding the case to state court and remanded for further proceedings in the district court. (Id., p. 2, 16).

The order of remand having been vacated and 3M's allegations of jurisdiction pursuant to 28 U.S.C. § 1442(a)(1) (federal officer removal) having been found sufficient, the Clerk is directed to reopen this action[1] and this action is referred to the Magistrate Judge for entry of a Preliminary Scheduling Order.

**DONE** and **ORDERED** this 13th day of October 2026.

**s/Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

[1] 3M's motion to vacate transmittal of the remand order pending appeal (doc. 99) is MOOT.