**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **THE TOWN OF PINE HILL, ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 2:24-00284-KD-N** |
| | ) | |
| **3M COMPANY, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

The Court's decision to grant The Town of Pine Hill's motion to remand has been vacated by the Court of Appeals for the Eleventh Circuit and this action has been remanded and reopened for further proceedings (docs. 108, 111). Review of the docket indicates that Defendants 3M Company, Daikin America, Inc., International Paper Company, Shannon Dixon, Steve Webb, Carla Pearson, BASF Corporation, and Solenis LLC, have not answered or otherwise responded to the Complaint.[1]

Accordingly, these Defendants shall, on or before **October 30, 2026, answer or otherwise respond** to the Complaint.

**DONE** and **ORDERED** this 14th day of October 2026.

**s/Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

[1] Previously, Defendants obtained an extension of their deadline to answer or otherwise respond until fourteen days after the District Court ruled on the motion to remand (doc. 84).