**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **THE TOWN OF PINE HILL, ALABAMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 2:24-00284-KD-N** |
| | ) | |
| **3M COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

This action is before the Court on Defendant 3M Company's Consent Motion to Stay All Deadlines Pending Ruling on Transfer to the In Re AFFF MDL (Doc. 117). Defendants move to stay all proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation on 3M’s motion to transfer this action to In re Aqueous Film-Forming Foams Products Liability Litigation, MDL No. 2873 (D.S.C.). Defendants report that Plaintiff agrees to the requested stay. Defendants argue that granting the stay would prevent hardship to the Defendants and would preserve the resources of the Court and the parties.

Upon consideration, the motion to stay (Doc. 117) is **GRANTED** and this action is **STAYED** pending a decision by the JPML. Accordingly, Defendants responsive pleadings shall be filed either as directed by the District Court in MDL No. 2873 if the action is transferred, or if the action is not transferred, within **30 days** of denial of transfer.

**DONE** and **ORDERED** this the 28th day of October 2026.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**